UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

   Plaintiff,

                              Case No.  3:24mj107

BRIAN HOLMES

   Defendant.

### APPOINTMENT ORDER

Defendant submitted a CJA-23 form and, upon review thereof, is found to be indigent and entitled to the appointment of counsel pursuant to the provisions of 18 U.S.C. § 3006A(a). Accordingly, it is

**ORDERED** Nicholas J. Compton**,** Assistant Federal Public Defender for the Northern District of West Virginia, Summit Bank Building, 651 Foxcroft Avenue, Ste. 202, Martinsburg, West Virginia 25401, Telephone No. (304) 260-9421, is hereby APPOINTED to represent the defendant in this action. The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshals Office.

DATED: 9-13-2024

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE